UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

MARTIN DALE OSBORN,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

**(Threatening a Federal Official)**

On or about June 29, 2020, in Van Buren County, in the Western District of Michigan, Southern Division,

**MARTIN DALE OSBORN**

threatened to assault the Honorable Henry Johnson, United States Representative for the 4th District of Georgia, with intent to intimidate Congressman Johnson while he was engaged in the performance of his official duties, and with intent to retaliate against him on account of the performance of his official duties.

Specifically, the defendant left a voicemail message for the Congressman referring to "your little bill for gun control and ammunition and all that stuff," and said, "[Y]ou Democrats go ahead and keep on playing around and get a civil war going in this country." The defendant stated, "Do you remember the Romans? What happened there when they had enough? Yeah, they killed their politicians and the lawyers. Keep pushing it boy."

The defendant further added, "One day you are going to see me. It'll be about two o'clock in the morning. I'll be at your bedside and all you're going to see is me knocking the living shit

out of you. You stupid arrogant little piece of shit. Terrified? You should be. Stop with the bullshit, boy."

**18 U.S.C. § 115(a)(1)(B)**
**18 U.S.C. § 115(b)(4)**
**18 U.S.C. § 115(c)(4)**

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
NILS R. KESSLER
Assistant United States Attorney