UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.

MARTIN DALE OSBORN

        Defendant(s).

Case No. 1:20-cr-104

Hon. Paul L. Maloney

**GOVERNMENT'S**
**INITIAL PRETRIAL CONFERENCE**
**SUMMARY STATEMENT**

I. DISCOVERY

    A. Statements of Defendant

        1. Oral Statements (Rule 16(a)(1)(A))

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

> FBI 302 - Non-custodial interview 7/7/20
> FBI 302 - Custodial interview 7/16/20 (pending)

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by   July 24, 2020  .

        2. Written or Recorded Statements (Rule 16(a)(1)(B))

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

> Recorded threat message (voice mail), 6/29/20
> Audio recording - FBI interview 7/7/20
> Audio recording - FBI interview 7/16/20

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by   July 24, 2020  .

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☐ The Government has made due inquiry and is not aware of any prior criminal record.

☐ The Government has disclosed defendant's prior criminal history.

☒ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
  ☐ Drug Paraphernalia   ☐ Drug Records   ☐ Inventory (attached)
  ☐ Controlled Substances: _____
  ☐ Records: _____Verizon subscriber and cell-site location_____
  ☐ Firearms: _____
  ☐ Other: _____

☐ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
  ☐ State
  ☐ Federal:
    Case No. _____ Re: _____
    Case No. _____ Re: _____
    Case No. _____ Re: _____

☐ They have been made available for inspection and copying by defense counsel.

☒ Defense counsel should make arrangements with: _____SA Tom Plantz (FBI) or AUSA Nils Kessler_____

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The Government has or expects to have reports of the following examinations and tests:
  ☐ Drug Analysis   ☐ Handwriting   ☐ Fingerprints
  ☐ DNA            ☐ Firearms/Nexus   ☐ Gun Operability
  ☐ Computer Forensics   ☒ Other: _____Cell site location_____

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☐ The Government does not presently intend to introduce 404(b) evidence.

☒ The Government does presently intend to introduce the following 404(b) evidence:

> Currently searching for other threatening communications to Congress or other public officials, which will be disclosed upon receipt.

☐ The Government will provide pretrial notice of 404(b) evidence by _____ .

G. <u>Other Discovery Matters</u>

II. <u>TRIAL</u>
A. The Government requests a ☒ jury ☐ non-jury trial.
B. The length of trial excluding jury selection is estimated at ____1 day____ .

III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:

> No consideration for pleas entered less than two weeks before final pretrial conference.

Date ____July 16, 2020____      ____Nils R. Kessler____
                                 Counsel for the United States

(Rev. 03/01/2019)