UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:20–cr–104

   v.                               Hon. Paul L. Maloney

MARTIN DALE OSBORN,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Change of Plea Hearing
Date/Time:            August 26, 2020   03:30 PM
Magistrate Judge:   Sally J. Berens
Place/Location:       650 Federal Building, Grand Rapids, MI


                                                   SALLY J. BERENS
                                                   U.S. Magistrate Judge

Dated:  August 21, 2020       By:   /s/ Julie Lenon_____
                                              Courtroom Deputy