## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Martin Dale Osborn | Mag. Judge: Sally J. Berens |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:20-cr-00104-PLM | 8/26/2020 | 3:30 p.m. - 3:49 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Nils R. Kessler | Defendant: Sean Tilton | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment | Read __<br>Reading Waived ✓ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance<br>__ Arraignment:<br>　__ mute  __ nolo contendre<br>　__ not guilty  __ guilty<br>__ Initial Pretrial Conference<br>__ Detention     (waived __)<br>__ Preliminary   (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>✓ Change of Plea<br>__ Sentencing<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of _____<br>✓ Consent to Mag. Judge for Plea<br>__ Other: _____<br><br>Court to Issue:<br>✓ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>__ Order Appointing Counsel<br>__ Other: _____ | Guilty Plea to Count(s) 1<br>of the Indictment<br>Count(s) to be dismissed at sentencing: _____<br><br>Presentence Report:<br>　✓ Ordered    __ Waived<br>__ Plea Accepted by the Court<br>✓ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
|  | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:    __ Yes  __ No<br>Defendant informed of right to appeal:    __ Yes  __ No<br>Counsel informed of obligation to file appeal:  __ Yes  __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Continued on Bond | $ _____ |
| **CASE TO BE:** Referred to District Judge | **TYPE OF HEARING:** Sentencing |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** J. Lenon |